IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN PETERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL DEVICE BUSINESS<br>SERVICES, INC.,<br><br>    Defendant. | CV 22-136-M-DWM<br><br><br><br>ORDER |

Defendant Medical Device Business Services, Inc. moves for the admission of David R. Schmahmann to practice before this Court in this case with Maxon R. Davis to act as local counsel. Mr. Schmahmann's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit David R. Schmahmann *pro hac vice* (Doc. 25) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's

electronic filing system ("CM-ECF"). Further information is available on the

Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

*pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice

acknowledging counsel's admission under the terms set forth above. In that notice,

counsel shall also designate a single attorney with the authority to make any and all

decisions related to the administration of this case as the primary point of contact

for the opposing party.

DATED this ____ day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

2