Maxon R. Davis
DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
Great Falls, MT 59401
Telephone:   406-761-5243
Facsimile:   406-761-4126
max.davis@dhhtlaw.com

DAVID R. SCHMAHMANN
1577 Beacon Street
Brookline, MA 02455
Telephone:   617-697-4086
Email: davidbrookline@aol.com
*Attorneys for Medical Device Business Services, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION**

::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| STEPHEN PETERS, | |
|             Plaintiff, | NO. CV-22-136-M-DWM |
|     -vs- | |
| MEDICAL DEVICE BUSINESS SERVICES, INC., f/k/a DEPUY ORTHOPAEDICS, INC., and Does 1-20, | **DEFENDANT'S NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE** |
|             Defendants. | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::

Defendant Medical Device Business Services, Inc. ("MDBS"), notifies the court that the parties have reached a settlement of this matter, which will likely take thirty (30) days to effectuate. However there is no need to conduct the

settlement conference currently scheduled with Judge DeSoto for May 26, 2023, and MDBS moves that it be vacated.

Pursuant to Local Rule 7.1(c)(1), the undersigned has communicated with David Tennant, counsel for Plaintiff; he does not oppose this Notice and Motion.

DATED this 19th day of May, 2023.

>DAVID R. SCHMAHMANN
>DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
>
>By /s/ *Maxon R. Davis*
>    Maxon R. Davis
>    The Milwaukee Station, 3rd Floor
>    101 River Dr. N.
>    Great Falls, Montana 59401
>    *Attorneys for MDBS*