IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN PETERS,<br><br>           Plaintiff,<br><br>vs.<br><br>MEDICAL DEVICE BUSINESS SERVICES, INC.,<br><br>           Defendant. | CV 22-136-M-DWM<br><br>ORDER |

Defendant, having filed notice that the parties have reached a settlement in this matter,

IT IS ORDERED that the referral to Judge Kathleen DeSoto is terminated and the settlement conference set for May 26, 2023, is VACATED.

IT IS FURTHER ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED, and any

pending motions are DENIED as moot. The jury trial set for November 13, 2023, is VACATED.

DATED this 22nd day of May, 2023.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court